

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00114-CR

XAVIER LAVAR FRENCH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 18F0164-202

Before Morriss, C.J., Stevens and Carter,* JJ.
Memorandum Opinion by Justice Carter

*Jack Carter, Justice, Retired, Sitting by Assignment

## MEMORANDUM OPINION

In April 2018, Xavier Lavar French pled guilty to attempted burglary of a habitation. *See* TEX. PENAL CODE ANN. §§ 15.01, 30.02. He was placed on deferred adjudication community supervision. On September 30, 2020, the trial court adjudicated French guilty, revoked his community supervision, and sentenced French to eight years' confinement. French appeals the trial court's adjudication, revocation, and sentencing.

French has filed a single appellate brief attacking four convictions. The first two convictions are addressed, respectively, in our opinions in cause numbers 06-20-00112-CR and 06-20-00113-CR. In those cases, French pled guilty to aggravated robbery (06-20-00112-CR) and aggravated kidnapping (06-20-00113-CR). A jury was empaneled, heard punishment evidence, and assessed sentences of forty years on both cases. The trial court sentenced French for those two cases on September 23, 2020.

A week later, the trial court heard the motions to adjudicate and revoke this case and another.[1] At the State's request, the court took judicial notice of testimony at the punishment hearing for the two indictments tried the week before. Specifically, the court took notice of the testimony of the community supervision officer who had supervised French. French pled not true to the allegations in both motions. Based on testimony it had heard in the punishment trial the week prior, the trial court found the allegations true, revoked French's community supervision, and sentenced him to eight years' confinement on this and the companion case (our cause number 06-20-00115-CR).

---

[1]Addressed in our opinion in cause number 06-20-00115-CR issued on this date.

2

French raises no appellate points of error addressing this conviction.  The only ground in his brief complains of matters at the hearing where he pled guilty to the two indictments.[2] French having raised no meritorious grounds on appeal, we affirm the trial court's judgment and sentence.


                                               Jack Carter
                                               Justice

Date Submitted:      June 15, 2021
Date Decided:       July 21, 2021

Do Not Publish

---

[2]In his appeals of the convictions in cause numbers 06-20-00112-CR and 06-20-00113-CR, French claimed that the trial court erred not to informally inquire into French's competency to stand trial.  *See* TEX. CODE CRIM. PROC. ANN. art. 46B.004.  He did not raise those issues in the hearing on the motions to adjudicate and revoke.